IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. H-14-94-1 |
| § | |
| FRANCISCO ROMAN LOZADA § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 465). The motion for continuance is GRANTED. The sentencing hearing is reset to **December 15, 2015 at 9:30 a.m.**

SIGNED on November 13, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge